ROGER KIRNOS (SBN 283163)
rogerk@knightlaw.com
MAITE COLON (SBN 322284)
maitec@knightlaw.com
KNIGHT LAW GROUP, LLP
1025 Constellation Blvd., Suite 2500
Los Angeles, CA 90067
Telephone: (310) 552-2250
Facsimile: (310) 552-7973

Attorneys for Plaintiff
SANDRA I. FERNANDEZ

SPENCER P. HUGRET (SBN: 240424)
shugret@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:   (415) 986-8054
Attorneys for Defendants
FORD MOTOR COMPANY and
JACK GOSCH FORD, INC. dba
GOSCH FORD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA I. FERNANDEZ,<br>　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, et al.<br><br>　　　Defendants. | Case No.: 5:18-cv-00472-AB-FFM<br><br>Honorable Judge Andre Birotte<br><br>JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

　　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sandra I. Fernandez ("Plaintiff") and Defendants Ford Motor Company and Jack Gosch Ford, Inc. dba Gosch Ford (collectively "the Parties"), by and through their counsel

of record, hereby stipulate and agree that this action shall be dismissed with prejudice. The Parties reached settlement of Plaintiff's claims in this case and all settlement checks have been issued.

IT IS SO STIPULATED:

Respectfully Submitted,

Dated: May 15, 2023  **KNIGHT LAW GROUP, LLP**

*/s/ Roger Kirnos*
Roger Kirnos
Maitec Colon
Attorneys for Plaintiff
SANDRA I. FERNANDEZ

Dated: May 15, 2023  **GORDON REES SCULLY MANSUKHANI LLP**

*/s/ Spencer P. Hugret*
Spencer P. Hugret
Attorneys for Defendants
FORD MOTOR COMPANY and
JACK GOSCH FORD, INC. dba
GOSCH FORD

## ATTESTATION OF ELECTRONIC SIGNATURES

I, Spencer P. Hugret, attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing of this Joint Stipulation to Dismiss this Case with Prejudice per FRCP Rule 41(a)(1)(A)(ii).

*/s/ Spencer P. Hugret*
Spencer P. Hugret